UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ATRIUM 5 LIMITED,

    Plaintiff,

vs.                               Case No. 3:23-cv-1045-MMH-LLL

SAMUEL ROACH, d/b/a First
Coast Stucco,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report on Status of Case (Dkt. No. 39; Report) filed by the Honorable Laura Lothman Lambert, United States Magistrate Judge, on June 12, 2024. In the Report, Judge Lambert advises the Court that the parties agree the case should be stayed and recommends that the case be stayed as to all parties pending the resolution of the bankruptcy proceedings. See generally Report. Accordingly, it is

**ORDERED:**

1. This case is **STAYED**.

2. The Clerk of Court is directed to terminate all pending motions and deadlines and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

3. The parties are directed to file a status report with this Court on **October 18, 2024**, and every **120 days thereafter**, advising the Court of the status of the bankruptcy proceedings.

4. Plaintiff may seek to lift the stay upon proper motion at the conclusion of the bankruptcy proceedings if they do not resolve this suit. If the bankruptcy proceedings resolve this suit, Plaintiff shall promptly move to dismiss this action.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of June, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record