IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-1045-MMH-LLL

ATRIUM 5 LIMITED, a foreign corporation,

    Plaintiff,

v.

SAMUEL ROACH D/B/A FIRST COAST STUCCO, a sole proprietor,

    Defendant.
_____/

## CONSENT FINAL JUDGMENT IN FAVOR OF ATRIUM 5 LIMITED

This matter is before the Court upon the Court's Order regarding Unopposed Motion to Reopen Case for Limited Purposes of Entering Consent Final Judgment [D.E. 44] and the consent of Plaintiff, Atrium 5 Limited ("Atrium"), Defendant, Samuel Roach d/b/a First Coast Stucco ("FCS"), and nonparty/purported intervenor, Drees Homes of Florida, Inc. ("Drees"), as evidenced by the Unopposed Motion to Reopen Case for Limited Purpose of Entering Consent Final Judgment in Favor of Atrium, and the accompanying Affidavit of FCS [D.E. 43 and 43-2]. Being otherwise fully informed of all matters herein, the Court hereby finds:

Case No.: 3:23-cv-1045-MMH-LLL

1. On September 6, 2023, Atrium filed this action seeking a declaratory judgment that commercial general liability Policy No. CIBFL0011723 issued by Plaintiff to Defendant is rescinded, null and void *ab initio,* due to FCS's material misrepresentations made on the application for insurance with Atrium. [D.E. 1].

2. On February 1, 2024, the Clerk of the Court entered a default against FCS pursuant to Fed. R. Civ. P. 55(a) due to FCS's failure to respond to the Complaint. [D.E. 27].

3. On April 10, 2024, nonparty/purported intervenor, Drees, [1] filed Involuntary Bankruptcy Proceedings against Defendant, FCS, Case No. 3:24-bk-01005-JAB in the United Statues Bankruptcy Court Middle District of Florida (the "Involuntary Bankruptcy Proceedings"). [D.E. 36].

4. Given the Involuntary Bankruptcy Proceedings and the automatic stay pursuant to 11 U.S.C. §362(a), on June 13, 2024, the Court stayed the subject declaratory judgment action. [D.E. 40].

5. Following a global mediation conducted pursuant to the Bankruptcy Court's order, the parties, including Atrium, FCS, Drees and FCS's other insurance carrier, reached a settlement. [D.E. 41-1; D.E. 43-2; B.K. D.E. 28].

---

[1] Drees is not a party to the subject declaratory judgment action. Drees previously filed its Motions to Intervene [D.E. 10, 19] –which Plaintiff, Atrium, opposed [D.E. 17, 21]. Given the Involuntary Bankruptcy Proceedings initiated by Drees, the Court stayed the subject declaratory judgment action and terminated all pending motions on June 13, 2024. [D.E. 40].

2

Case No.: 3:23-cv-1045-MMH-LLL

6.  Based upon FCS's admissions by failing to timely answer the Complaint, *see* Default against FCS [D.E. 27], and FCS's consent for an entry of a Judgment in Atrium's favor, *see* FCS's Affidavit [D.E. 43-2], this Court hereby enters the following Final Judgment in favor of Atrium.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a Final Judgment shall be entered in favor of Plaintiff, Atrium 5 Limited, for the claims asserted in the Complaint for Declaratory Relief [D.E. 1].

**IT IS FURTHER ORDERED AND ADJUDGED** that due to the material misrepresentations made by Defendant, Samuel Roach d/b/a First Coast Stucco, on its application for insurance to Plaintiff, Atrium 5 Limited, (*see* Complaint for Declaratory Relief [D.E. 1] and Default [D.E. 27]), the Court decrees that:

1.  The Commercial General Liability Policy No. CIBFL0011723 effective from February 5, 2015 to February 5, 2016 issued by Plaintiff, Atrium 5 Limited, is null and void and rescinded *ab initio*;

2.  Plaintiff, Atrium 5 Limited, subscribing to the Commercial General Liability Policy No. CIBFL0011723 has no duty to defend or indemnify Defendant, Samuel Roach d/b/a First Coast Stucco, under the Policy as it is hereby void and rescinded *ab initio*; and

Case No.: 3:23-cv-1045-MMH-LLL

3. The Clerk of the Court is directed to terminate any pending motions and close the file.

ORDERED, ADJUDGED, AND DECREED at Jacksonville, Florida, this 13th day of November, 2025.

IT IS SO ORDERED

_____
MARCIA MORALES HOWARD
United States District Judge

Copies to:

Counsel of Record

Samuel Roach
    266 Farm Road
    Saint George, GA 31562

4